# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RALPH INZUNZA, et al.,<br>Defendants. | CASE NO. 03CR2434 JM<br><br>**ORDER GRANTING EX PARTE APPLICATION TO AMEND PRIOR ORDER; AMENDMENT TO APRIL 2, 2007 ORDER** |
|---|---|

Defendant Michael Zucchet moves to modify certain language contained in this court's April 2, 2007 Order Denying Ralph Inzunza's Motion for New Trial ("Order"). Defendant Zucchet argues that the following phrase mischaracterizes the evidentiary record in this case, "the proffered evidence contradicts Zucchet's earlier statements to the FBI." (Order at p.7:24-25). The court grants the motion to modify this phrase because the court structured the phrase as an assertion of fact when no such factual assertion was intended by the court.

Accordingly, in order to prevent confusion, the court deletes the sentence containing the challenged phrase and replaces it with the following: "While impeachment evidence is material, the Government characterizes the Form 302 notes of the F.B.I. interview of Zucchet as being 'at odds,' (Gov't Response at p.29:5), with the declaration." In all other respects, the Order remains unchanged.

**IT IS SO ORDERED.**

DATED: April 17, 2007

Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

03cr2434